UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number _____

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

CLEVELAND

1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name  CLEVELAND           PAUL            K.
       (Last)              (First)         (Initial)

3  Prison Number  C99765

4

5  Institutional Address P.O. Box 689 – ZW345, Soledad, CA 93960-0689

ORIGINAL FILED

JAN 2 5 2008

6  ================================================================

   **UNITED STATES DISTRICT COURT**
7  **NORTHERN DISTRICT OF CALIFORNIA**

8  PAUL CLEVELAND                         )        Superior Ct. No.    BH004260
   (Enter the full name of plaintiff in this action.)  )        Cal. Ct. App. No.   B 202236
9                                         )        Cal. Supreme Ct. No. S156864
                vs.                       )
10 Case No.                                )        Case No.
                                           )        (To be provided by the Clerk of the Court)   **MMC**
11 B. CURRY, Warden (A)                    )
                                           )        **PETITION FOR A WRIT**
12                                         )        **OF HABEAS CORPUS AND**   **(PR)**
                                           )        **REQUEST FOR EVIDENTIARY**
13                                         )        **HEARING**
                                           )
14 (Enter the full name of respondent(s) or jailor in this action.)  )

15 ================================================================

16              **Read Comments Carefully Before Filling In**

17 **When and Where to File**

18      You should file in the Northern District if you were convicted and sentenced in one of these

19 counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21 this district if you are challenging the manner in which your sentence is being executed, such as the

22 loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23      If you are challenging your conviction or sentence and you were not convicted and sentenced in

24 one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 District Court for the district in which the state court that convicted and sentenced you is located. If

26 you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 your petition will likely be transferred to the district court for the district that includes the institution in

28 which you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS                    - 1 -

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016198
Cashier ID: bucklem
Transaction Date: 02/25/2008
Payer Name: BILL LOCKYER

WRIT OF HABEAS CORPUS
 For: paul cleveland
 Amount:         $5.00

CHECK
 Check/Money Order Num: 203438892
 Amt Tendered:   $5.00

Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

c08-610mmc

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

P. Cleveland C99765
P.O. Box 689-23456
Soledad, CA
93960

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016198
Cashier ID: bucklem
Transaction Date: 02/25/2008
Payer Name: BILL LOCKYER

WRIT OF HABEAS CORPUS
 For: paul cleveland
 Amount:         $5.00

CHECK
 Check/Money Order Num: 203438892
 Amt Tendered:   $5.00

Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

c08-610mmc

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```